## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  VOYTEK JAROSIK | ) | Case No. 23 B 06392 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

### AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

   **COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for August 31, 2023 10:30 am, for the following:

   Debtor has failed to provide copies to the Trustee of the most recently filed tax returns in accordance with 11 U.S.C. §§ 521(e)(2)(A)(i), and 1325(a)(1). Debtor to provide missing 2022 tax returns.

   Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1). Debtor to provide missing proof of business income from March 2023.

   The Trustee requests 6 months bank and profit and loss statements. Disposable income under 11 U.S.C. 1325(b) cannot be determined until this is resolved.

   **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: August 14, 2023                                                              /s/ Thomas H. Hooper

                                                                                    Thomas H. Hooper
                                                                                    Chapter 13 Trustee
                                                                                    55 E. Monroe St., Suite 3850
                                                                                    Chicago, IL 60603
                                                                                    (312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE: VOYTEK JAROSIK | ) | Case No. 23 B 06392 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: TIMOTHY A BARNES |

**CERTIFICATE OF SERVICE**

I, Kelleye Robinson, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID FREYDIN  (via CM/ECF)
*Attorney for Debtor*

Patrick Layng  (via CM/ECF)
United States Trustee

VOYTEK JAROSIK  (via U.S. Postal Service)
2424 WOOD ST
RIVER GROVE, IL 60171
*Debtor*

Dated: August 14, 2023                    /s/ Kelleye Robinson

Kelleye Robinson
Office of the Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900